# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 21-55229

**Case Name** | Kristina Raines, et al v. U.S. Healthworks Medical Group, et al

**Counsel submitting this form** | R. Scott Erlewine, Brian S. Conlon, Kyle P. O'Malley
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201
San Francisco, CA 94129

**Represented party/ parties** | Plaintiffs-Appellants, Kristina Raines and Darrick Figg

*Briefly describe the dispute that gave rise to this lawsuit.*

This putative class action is brought by Plaintiffs Kristina Raines and Darrick Figg, individually and on behalf of 500,000+ California job applicants, against Defendants U.S. HealthWorks (now Concentra) and affiliated entities (collectively "USHW"). Prospective employers required job applicants, like Plaintiffs, to undergo and pass a "pre-placement" medical exam by USHW as a condition of being hired. California law strictly limits such involuntary exams to questions which are "job related and consistent with business necessity." Cal. Govt. Code § 12940 (e), et seq. (Fair Employment and Housing Act – "FEHA"). Plaintiffs allege that, in conducting these exams, USHW forced job applicants to answer highly-invasive, personal, non-job-related and discriminatory health questions (e.g., history of: venereal disease, vaginal discharge, pregnancy, penile discharge, disabilities, etc.) on a standardized form in violation of California law. The operative complaint alleges claims for 1) asking impermissible questions in violation of FEHA; 2) alternatively, discrimination in violation of the Unruh Civil Rights Act (Cal. Civil Code § 51 – "UCRA"); 3) intrusion upon seclusion; and 4) violation of Unfair Business Practices Act (Cal. Bus. & Prof. Code §§ 17200, et. seq. – "UBPA").

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

Following removal to federal court under CAFA, the court granted USHW's motion to dismiss Plaintiffs' Second Amended Complaint under Fed. R. Civ. P. 12(b)(6) with leave to amend. The court subsequently granted USHW's motion to dismiss Plaintiffs' Third Amended Complaint under 12(b)(6), without leave to amend as to the FEHA, UCRA, and intrusion upon seclusion claims, but allowing leave to amend the UBPA claim. Pursuant to WMX Techs., Inc. v. Miller, 104 F.3d 1133, 1136-37 (9th Cir. 1997), Plaintiffs elected not to file a further amended complaint and instead sought and obtained dismissal of the remaining UBPA claim to permit an appeal.

Plaintiffs anticipate the principal issues on appeal to be:

1. Whether USHW, acting as agent on behalf of employers in conducting impermissibly broad pre-placement medical exams, is subject to liability under FEHA given that the statute expressly defines an employer to include an agent. This is a matter of first impression in California.
2. Whether USHW, as a business establishment, discriminated against its patrons (here the putative class member job applicants) in violation of the UCRA, by providing services (here medical exams to qualify for employment) in a manner (1) which assumed that the applicants had perceived disabilities; and/or (2) which asked different questions based upon the applicants' gender; and/or (3) which equally discriminated against all patrons and was not neutral on its face.
3. Whether, to state an intrusion upon seclusion claim, the putative class members had a sufficient reasonable expectation in the privacy of their personal, private and non-job-related health information in the context of an involuntary pre-placement medical exam conducted by an employer-selected and mandated medical provider which threatened disclosure of such information to the employer, and whether the questions asked were sufficiently "highly offensive to a reasonable person."

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

N/A

**Signature** | s/R. Scott Erlewine | **Date** | 3/18/2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *2*     *Rev. 12/01/2018*